June 21, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CHANA HOROWITZ, Appellant

NO. 14-11-00576-CV               V.

FRANCISC BERGER; TIBERIU ROMAN; SARA BERGMAN; PINCHAS BERGMAN; ALEXANDER DAVIDOVICH; INNA DAVIDOVICH; ARON EHERENTREW; RONNIE EILAM; YITSHAK ELIYAHU; REVITAL ELIYAHU; ARNON EREZ; NETANEL FEIGER; NOAM FISHMAN; HADAS FISHMAN; FRANK FREEDLAND; GISA FREEDLAND; ISRAEL FREEDLAND; RIVKA FREEDLAND; SHMUEL FREEDLAND; TZIPORA FAIGE; TOVA SHNITMAN; NAFTALI FRIEDLANDER; MICHAEL GITIK; DANIEL GLINERT; D. GLINERT HOLDINGS, LTD.; SAGI GOLDBERG; MOSHE GOTLIB; YURAY GROSS; EVA GROSS; ARIE GUTTMAN; TZIPORA HELLMANM; HENRY KALB; MIRIAM RASKIN KIRYATI; BRURIA KLEIN; AVRAHAM KRAKOVER; SHULAMIT KRAKOVER; AHARON LAHER; SARA SHTERNA-LANDO; NIDA LAOHACHAI; MOSHE LAVI; MALKA LAVI; AMIR LEVI; SANDRA LEVI; RIVKA LIKVORNIK; ADINA MASTBAUM; MENAHEM NAGAR; GAVRIEL NESGI; NAHUM OLSCHWANG; MISHEL HAIM PAPISMEDOV; MOSHE PELEG; YOSSEF POTASH; YAAKOV RABINOVITS; AVRAHAM RAIZMAN; HADASA RAIZMAN; ELAD REGEV; BIEN SHAI; LIRON RUKACH; SHLOMIT SHAKED; IRIS SHANY; ELIEZER SPUND; MOSHE SPUND; YADIN TEREM; TZACHI NAIM; NIR VENTURA; DAN WILLNER; DGANIT WILLNER; ARIE CHAIM YOFFE; GAD ZEITLIN; RACHEL ZEITLINM; EZRA KAIM; DAN SCHWARZ; AND ZAHAVA SCHWARZ, Appellees

_____

This cause, an appeal from the judgment signed June 13, 2011 in favor of appellees Francisc Berger, Tiberiu Roman, Sara Bergman, Pinchas Bergman, Alexander Davidovich, Inna Davidovich, Aron Eherentrew, Ronnie Eilam, Yitshak Eliyahu, Revital Eliyahu, Arnon Erez, Netanel Feiger, Noam Fishman, Hadas Fishman, Frank Freedland,

Gisa Freedland, Israel Freedland, Rivka Freedland, Shmuel Freedland, Tzipora Faige, Tova Shnitman, Naftali Friedlander, Michael Gitik, Daniel Glinert, D. Glinert Holdings, Ltd., Sagi Goldberg, Moshe Gotlib, Yuray Gross, Eva Gross, Arie Guttman, Tzipora Hellmanm, Henry Kalb, Miriam Raskin Kiryati, Bruria Klein, Avraham Krakover, Shulamit Krakover, Aharon Laher, Sara Shterna-Lando, Nida Laohachai, Moshe Lavi, Malka Lavi, Amir Levi, Sandra Levi, Rivka Likvornik, Adina Mastbaum, Menahem Nagar, Gavriel Nesgi, Nahum Olschwang, Mishel Haim Papismedov, Moshe Peleg, Yossef Potash, Yaakov Rabinovits, Avraham Raizman, Hadasa Raizman, Elad Regev, Bien Shai, Liron Rukach, Shlomit Shaked, Iris Shany, Eliezer Spund, Moshe Spund, Yadin Terem, Tzachi Naim, Nir Ventura, Dan Willner, Dganit Willner, Arie Chaim Yoffe, Gad Zeitlin, Rachel Zeitlinm, Ezra Kaim, Dan Schwarz, and Zahava Schwarz, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause with instructions to the trial court to sever and dismiss the claims against Chana Horowitz, and for further proceedings in accordance with the court's opinion.

We the appellees jointly and severally to pay all costs incurred in this appeal. We further order this decision certified below for observance.